UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Tracy Jones,                                          Case No. 20-15322-LMI
       Debtor(s)                                              Chapter 13
_____/

### DEBTOR'S MOTION TO AVOID JUDICIAL LIEN OF GE MONEY BANK / SYNCHRONY BANK, PURSUANT TO 11 U.S.C. § 522(F)

**COMES NOW**, Tracy Jones (hereinafter referred to as "Debtor"), by and through

undersigned counsel, and files this Motion to Avoid Judicial Lien of GE MONEY BANK

/ SYNCHRONY BANK, pursuant to 11 U.S.C. § 522(f) and states as follows:

1.     On or about May 14, 2020, the Debtor filed a Petition under Chapter 13 of

       the United States Bankruptcy Code.

1.     The Debtor claimed the real estate property located at 17454 SW 108th
       Court, Miami, FL 33157-4002 as fully exempt and there were no
       objections filed to said exemption.

2.     The legal description of the property is as follows:

> **SOUTHLAND PINES PB 94-77**
> **LOT 11 BLK 8**
> **LOT SIZE 83.000 X 103**
> **OR 21319-1515 05 2003 1**

3.     There is presently one (1) outstanding judicial lien on said property.

4.     The lien originally for $1,159.98 arising out of GE Money Bank v. Tracy

       Jones 08-13312 SP (23) was filed by GE Money Bank / Synchrony Bank

       (herein "Creditor") recorded in Official Records Book 26764 Pg 1652

       recorded on February 24, 2009 (CFN#2009R0135956) in the public

       records of Miami Dade County, Florida.  A copy of the judgment is

       attached hereto as Exhibit "A".

5.     Said Judgment impairs the exemption to which the Debtor is entitled to

1

pursuant to 11 U.S.C. § 522(f).

6.      The Debtor included this debt to the Creditor, in the filed bankruptcy

petition in Schedule F.

7.      The Debtor's plan calls for the avoidance of said lien.

8.      The Debtor requests the shortening of the notice requirement as there

should be no objections to the Judicial Lien being removed.

**WHEREFORE**, the Debtor prays that this Honorable Court enter an Order

avoiding the Judicial Lien of GE MONEY BANK / SYNCHRONY BANK.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District

Court for the Southern District of Florida and I am in compliance with the additional

Qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via

*certified* and regular mail today, July 7, 2020 via **certified mail to:** GE Money Bank,

n/k/a Synchrony Bank, Att: Margaret Keane, President, 170 West Election Road, Suite

125, Draper, UT 84020, and regular mail to: Debtor, Tracy Jones, 17454 SW 108th

Court, Miami, FL 33157-4002, Bray and Lunsford, P.A., P.O. Box 53197, Jacksonville,

FL 32201, GE Money Bank, 4125 Windward Plaza Drive, BLDG 300, Alpharetta, GA

30005.                             Respectfully Submitted:

**ROBERT SANCHEZ P.A.,**
Attorney for Debtor
355 W 49th Street
  Hialeah, Florida 33012
Telephone (305)687-8008
By:  /s/ Robert Sanchez_____
    [ x ]Robert Sanchez, Esq., FBN#0442161