IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI)

In re:

TRACY L JONES

Debtor(s).

) CASE NO.: 20-15322
)
)
)
)  JUDGE: LMI
)
)
)
)
)
)

**MORTGAGE SERVICER'S NOTICE OF DEBTOR'S REQUEST FOR TEMPORARY FORBEARANCE DUE TO THE COVID-19 PANDEMIC**

Now comes Citibank, N.A. ("Creditor") and hereby submits Notice to the Court of the Debtor's request for temporary mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

Due to recent financial hardship resulting directly or indirectly from the COVID-19 emergency, the Debtor initiated, and Creditor has provided a temporary suspension of mortgage payments for the period of 12 months. Creditor holds a secured interest in real property commonly known as 17454SW108TH CT, MIAMI, FL 33157 as evidenced by claim number 7 on the Court's claim register. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. This arrangement does not amend or modify the Debtor's chapter 13 plan or create a repayment plan. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks the Debtor or Counsel for the Debtor make those requests through Creditor's Loss Mitigation Team at (877) 496-3138.

Per the request, Debtor will resume Mortgage payments beginning 4/1/2021 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears") through loss mitigation arrangements, a bankruptcy consent order or through an amended or modified chapter 13 bankruptcy plan. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

Respectfully submitted,

*/s/ Neisi Garcia Ramirez*
Neisi Garcia Ramirez
Agent for Creditor
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
Phone: 954-332-9426
Neisi.GarciaRamirez@mccalla.com

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing Notice of Debtor's Request for Temporary Forbearance was served upon the following parties in the following fashion on this 14th day of January, 2020:

| | |
|---|---|
| TRACY L JONES<br>17454SW108TH CT, MIAMI, FL 33157 | *(Served via US Mail)* |
| ROBERT SANCHEZ ESQ<br>355 W 49 ST, HIALEAH, FL 33012 | *(Served via ECF Notification)* |
| NANCY K. NEIDICH<br>POB 279806, MIRAMAR, FL 33027 | *(Served via ECF Notification)* |

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130


Date: <u>1/19/2021</u>                              By:  <u>/s/ *Neisi Garcia Ramirez*</u>
                                                            Neisi Garcia Ramirez