UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                                  Case No. 20-15322-LMI

Tracy Lavett Jones

       Debtor(s).                                                            Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through the undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On May 14, 2020 the instant case was filed.

2. On September 11, 2020 Debtor's First Amended Chapter 13 plan was confirmed.

3. Firstly, the Debtor has experienced and is currently experiencing a material financial hardship due to COVID-19 since the Debtor has been working limited hours during the last few months.

4. The Debtor submits to modify her current plan under the CARES Act § 1113(b)(1)(C) which modifies §§ 1329 (d)(1)-(3) and seeks to extend plan payments for a total of 84 months.

5. Secondly, in Debtor's confirmed plan, the debtor is paying Chase Mortgage [POC#7-1] as a cure and maintain creditor.

6. Said Creditor filed a notice of mortgage payment change, wherein the regular payment of the Debtor's mortgage has increased.

7. Debtor further desires to modify the plan in order to provide for the new payment.

8. Thirdly, on September 22, 2021, the Trustee issued a Notice of Delinquency [ECF#57].

9. The Debtor has been unable to become current in the required time frame.

10. Thus, the Debtor further desires to Modify the plan in order to become current with the Chapter 13 plan.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtor's SECOND Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Nancy K. Neidich, Trustee and U.S. Mail on October 21, 2021: to all parties on the service list.

Respectfully Submitted:

**JOSE A. BLANCO, P.A.**
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013
Tel.:   (305) 349-3463
Fax:   (786) 567-5057
By: */s/ Jose A. Blanco* | FBN: 062449