UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ SECOND _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Tracy Lavett Jones     JOINT DEBTOR: _____     CASE NO.: 20-15322-LMI

SS#: xxx-xx- 4748     SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ■ Included | ☐ Not included |
| Nonstandard provisions, set out in Section IX | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $915.14 for months 1 to 17 ;
2. $1,780.31 for months 18 to 84 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $5,700.00 | Total Paid: | $1,715.00 | Balance Due: | $3,985.00 |
|---|---|---|---|---|---|
| Payable | $234.41 | /month (Months 1 to 17 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
ROBERT SANCHEZ, ESQ.: $4500 Attorneys Fees + $525 Mtn to avoid Lien + $150 Cost + $525 Motion to Modify= $5,700.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

| Total Fees: | $1,950.00 | Total Paid: | $512.00 | Balance Due: | $1,438.00 |
|---|---|---|---|---|---|
| Payable | $479.33 | /month (Months 18 to 20 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
JOSE A. BLANCO, ESQ.: $1,950.00 Attorney's Fees

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS    ☐ NONE

**A. SECURED CLAIMS:**    ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Chase Mortgage [POC#7-1]
   Address: Chase Records/Attn:    Arrearage/ Payoff on Petition Date    38,001.09

Debtor(s): Tracy Lavett Jones    Case number: 20-15322-LMI

| | | | |
|---|---|---|---|
| Correspondence Mail Code LA45555 700 Kansas Lan Monroe, LA 71203 | Regular Payment (Maintain) | $424.87 | /month (Months 1 to 17 ) |
| | Arrears Payment (Cure) | $191.87 | /month (Months 1 to 17 ) |
| | Regular Payment (Maintain) | $997.06 | /month (Months 18 to 84 ) |
| | Arrears Payment (Cure) | $60.63 | /month (Months 18 to 20 ) |
| Last 4 Digits of Account No.: 7739 | Arrears Payment (Cure) | $539.96 | /month (Months 21 to 84 ) |

Other: _____

■ Real Property          Check one below for Real Property:
  ■ Principal Residence          ■ Escrow is included in the regular payments
  ☐ Other Real Property          ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
17454 SW 108 Court, Miami, FL 33157

☐ Personal Property/Vehicle
Description of Collateral: _____

**B. VALUATION OF COLLATERAL:**  ■ NONE

**C. LIEN AVOIDANCE**  ☐ NONE

■ Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that they impair the exemptions under 11 U.S.C. § 522 as listed below. A separate motion will also be served pursuant to BR 7004 and LR 3015-3.

1. Creditor: GE Money Bank nka Synchrony Bank    Collateral: 17454 SW 108 Court, Miami, FL 33157
   Address: 170 w. Election Rd #125
   Draper, UT 84020                               Exemption: Art. X. Section 4 Florida Constitution
   Last 4 Digits of Account No.: 3312

**D. SURRENDER OF COLLATERAL:**  ■ NONE

**E. DIRECT PAYMENTS**  ■ NONE

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]  ■ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**  ☐ NONE

A. Pay   $0.00   /month (Months 1 to 17 )

   Pay   $65.26   /month (Months 18 to 84 )

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:**  ■ NONE

**VI. STUDENT LOAN PROGRAM**  ■ NONE

**VII. EXECUTORY CONTRACTS AND UNEXPIRED LEASES**  ■ NONE

**VIII. INCOME TAX RETURNS AND REFUNDS:**  ☐ NONE

■ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

**IX. NON-STANDARD PLAN PROVISIONS**  ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Debtor(s): Tracy Lavett Jones    Case number: 20-15322-LMI

If the debtor receives gambling winnings during the pendency of the plan the debtor shall turn over any gross winnings to the Chapter 13 Trustee for the benefit of the unsecured creditors.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor  _____  _____ Joint Debtor  _____
Tracy Lavett Jones                    Date                                                 Date

/s/ Jose A. Blanco, Esq.         October 21, 2021
Attorney with permission to sign on    Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**